IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-03074-JLK**

**TIMOTHY SIAKI,**
**KIMBERLEE MOORE,**
**COLORADO CROSS-DISABILITY COALITION**,

        Plaintiffs,

v.

**DOUGLAS DARR, in his official capacity as Sheriff of Adams County, Colorado,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Unopposed Motion for Leave to File Amended Complaint (doc. #4), filed January 25, 2012, is **GRANTED**.  The Amended Complaint (doc. #4-1), is accepted as filed.

Dated:  January 26, 2012