IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03074-JLK-BNB

TIMOTHY SIAKI,
KIMBERLEE MOORE,
MICHAELEE OWEN,
JEANINE ROYBAL,
COLORADO CROSS-DISABILITY COALITION, a Colorado nonprofit organization, and
COLORADO ASSOCIATION OF THE DEAF, a Colorado nonprofit organization,

Plaintiffs,

v.

DOUGLAS DARR, in his official capacity as Sheriff of Adams County, Colorado,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reset Settlement Conference** [docket no. 23, filed June 11, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS ORDERED that the neutral evaluation/settlement conference previously set for June 14, 2012, is **vacated and reset to July 18, 2012, at 2:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The neutral evaluation/settlement conference will be confidential. Counsel and client representatives as agreed to by the parties must be present at the conference in person. Each party shall submit a confidential statement to the magistrate judge on or before **July 13, 2012**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

DATED: June 11, 2012