IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03074-JLK-BNB

TIMOTHY SIAKI,
KIMBERLEE MOORE,
MICHAELEE OWEN,
JEANINE ROYBAL,
COLORADO CROSS-DISABILITY COALITION, a Colorado nonprofit organization, and
COLORADO ASSOCIATION OF THE DEAF, a Colorado nonprofit organization,

Plaintiffs,

v.

DOUGLAS DARR, in his official capacity as Sheriff of Adams County, Colorado,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order Regarding Expert Witness Disclosure Deadline** [docket no. 26, filed July 3, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 9, 2012**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 9, 2012**.

DATED:  July 6, 2012