IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-03074-JLK-BNB

TIMOTHY SIAKI,
KIMBERLEE MOORE,
MICHAELEE OWEN,
JEANINE ROYBAL,
COLORADO CROSS-DISABILITY COALITION, a Colorado nonprofit organization, and
COLORADO ASSOCIATION OF THE DEAF, a Colorado nonprofit organization,

    Plaintiffs,

v.

DOUGLAS DARR, in his official capacity as Sheriff of Adams County, Colorado,

    Defendant.

## ORDER REGARDING STIPULATED MOTION TO AMEND SCHEDULING ORDER REGARDING EXPERT WITNESS DISCLOSURE DEADLINE

The parties' Stipulated Motion to Amend the Amended Stipulated Scheduling Order Regarding Expert Witness Disclosure Deadlines (doc. #31), filed August 23, 2012 is **GRANTED**.

Section 6.e.(3) & (4) of the Amended Stipulated Scheduling and Discovery Order shall be amended as follows:

(3) The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 10, 2012.

(4) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 10, 2013.

Dated this 7th day of September, 2012.

                              BY THE COURT

                              *s/John L. Kane*
                              Senior Judge John L. Kane